## RLB CONTRACTING, INC., Plaintiff–Appellant

v.

## UNITED STATES, Defendant–Appellee.

### No. 2015–5031.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2015.

Robert G. Ruggieri, Cohen Seglias Pallas Greenhall & Furman PC, Philadelphia, PA, argued for plaintiff-appellant. Also represented by Michael H. Payne.

Elizabeth Anne Speck, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Deborah A. Bynum.

LOURIE, BRYSON, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**